# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR148** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JIM EARL KERN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on plaintiff's motion for extension of time (Filing No. 70). The court will grant plaintiff's motion.

IT IS SO ORDERED:

1. Plaintiff's motion to extend time (Filing No. 70) is granted.

2. The Government will file its Answer to defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (§ 2255 motion) (Filing No. 67) by February 8, 2006.

DATED this 1st day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge