## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR148** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JIM EARL KERN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's motion to withdraw his § 2255 motion. (Filing No. 79).  In order to give defendant time to confer with counsel, the court will hold defendant's motion in abeyance for thirty days.   After thirty days if there is no further action in the case the court will grant the motion.

IT IS ORDERED:

1.      The court will hold defendant's Motion to Withdraw his § 2255 motion in abeyance for thirty days.

2.      The Clerk shall send a copy of this Order to the defendant to his last known address.

DATED this 26th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge